

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**M. Paul Gorfinkel**
Senior Counsel
(516) 357-3288
paul.gorfinkel@rivkin.com

October 10, 2024

BY ECF
Hon. Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:  *State Farm Mut. Auto. Ins. Co. v. Bogopa, et al.,*
         No. 1:23cv07764-ARR-MMH
         RR File No.: 10660-70050

Dear Magistrate Judge Henry:

    This firm is counsel to plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") in the referenced litigation.

    This is to advise the Court that the dispute which is the subject of this litigation has been resolved in principle.  I estimate that State Farm will be able to discontinue this action within approximately 30 days.  Therefore, I respectfully request that the Court take no action on the pending motion for a default for 30 days.  I will, of course, notify the court if and when the case is to be dismissed.

    I thank Your Honor for your attention.

                      Very truly yours,

                      RIVKIN RADLER LLP

                      *M. Paul Gorfinkel*

                      M. Paul Gorfinkel

MPG:jr
cc :  Daniel Johnston