UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

State Farm Mutual Automobile Insurance Company,

v.

Bogopa LIC, Inc. d/b/a Food Bazaar Supermarket, et al
-----------------------------------------------------X

1:23-cv-0776-(RER)(MMH)

**ORDER DISMISSING CASE**

    The Court is in receipt of Plaintiff's letter [30] informing of a settlement in principle. Accordingly, the case is to be closed, subject to reopening within 60 days if the settlement is not consummated. The Clerk of the Court is directed to close the case.

SO, ORDERED.

Date: **10/27/2024**

                                                                                         s/ Ramón E. Reyes, Jr.
                                                          UNITED STATES DISTRICT JUDGE